PHILIP IRELAND ET AL. *v.* TEN WATERCHASE DRIVE ASSOCIATES ET AL.
(11434)

DUPONT, C. J., O'CONNELL and LAVERY, Js.

Argued January 12—decision released February 1, 1994

*Brian P. Daniels,* with whom, on the brief, was *Marie A. Casper,* for the appellants (defendants).

*Thomas C. Austin, Jr.,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.